IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PFF BANCORP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-13127 (KJC)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *et al.*<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GOLISH,<br><br>Defendant. | Adversary Case No. 10-55610 (KJC)<br><br>Re: Adv. D.I. 6 |

**ORDER APPROVING STIPULATION BETWEEN THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF PFF BANCORP, INC., *et al.* AND ROBERT GOLISH**

Upon consideration of the *Stipulation Between the Official Committee of Unsecured Creditors of PFF Bancorp, Inc., et al. and Robert Golish* attached hereto as Exhibit "1" (the "Stipulation"); and after due deliberation; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors are the following 5 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PFF Bancorp, Inc. a Delaware corporation (1623), Glencrest Investment Advisors, Inc., a Delaware corporation (1405), Diversified Builder Services, Inc., a California corporation (4416), PFF Real Estate Services, Inc., a California corporation (0728) and Glencrest Insurance Services, Inc., a California corporation (3118). The address of each of the Debtors is 9377 Milliken Avenue, Rancho Cucamonga, California 91730.

131350.01600/40194046v.1

1.      The Stipulation is hereby approved.

2.      This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Dated: March 11, 2011

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge