# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PFF BANCORP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-13127 (KJC)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *et al.*<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GOLISH,<br><br>Defendant. | Adversary Case No. 10-55610 |

**STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *et al.* AND ROBERT GOLISH**

The Official Committee of Unsecured Creditors of PFF Bancorp, Inc., *et al.* (the "Committee") and Robert Golish (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, on December 5, 2008, the above-captioned debtors and debtors-in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code;

---

[1] The Debtors are the following 5 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PFF Bancorp, Inc. a Delaware corporation (1623), Glencrest Investment Advisors, Inc., a Delaware corporation (1405), Diversified Builder Services, Inc., a California corporation (4416), PFF Real Estate Services, Inc., a California corporation (0728) and Glencrest Insurance Services, Inc., a California corporation (3118). The address of each of the Debtors is 9377 Milliken Avenue, Rancho Cucamonga, California 91730.

2

131350.01600/21980403v.3

WHEREAS, on or about July 7, 2009, Robert Golish filed a proof of claim ("Claim 33") in the amount of $878,841.00 seeking payment for "employment services";

WHEREAS, on November 24, 2010, the Court entered its *Order Approving Stipulation for Committee Standing to Bring Certain Claims on Behalf of the Debtors' Estates* which conferred standing on the Committee to pursue certain claims that the Debtors may have against the recipients of certain transfers that are potentially avoidable under chapter 5 of the Bankruptcy Code [Case No. 08-13127, Docket No. 721] (the "Standing Order");

WHEREAS, on December 4, 2010, the Committee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Objection by the Official Committee of Unsecured Creditors to the Claim of Robert Golish [Claim No. 33] and Counterclaim to Avoid Fraudulent Transfer* [Adv. Case Docket No. 1] (the "Complaint");

WHERAS, on February 8, 2011, a Summons and Notice of Pretrial Conference in an Adversary Proceeding was issued;

WHEREAS, Robert Golish has not yet responded to the Complaint;

WHEREAS, the Parties have been engaged in negotiations to resolve the Adversary Proceeding;

WHEREAS, pursuant to the Standing Order, the Committee has the right and authority to negotiate and enter into a settlement on behalf of the Debtors' estates with respect to the Adversary Proceeding, subject to approval by the Court;

WHEREAS, in order to facilitate the settlement of the Adversary Proceeding, the Parties now wish to extend the deadline by which Robert Golish must respond to the Complaint to no later than March 25, 2011, and to postpone the initial status conference on the Adversary Proceeding to April 21, 2011, subject to the approval of the Court; and

131350.01600/21980403v.3

WHEREAS, as the request of counsel for Robert Golish, counsel for the Committee has contacted the Court and obtained the date of April 21, 2011 as an available date on which the continued initial status conference may be held, subject to the Court's approval.

### AGREEMENT

NOW THEREFORE, with the foregoing background incorporated by reference, the Parties intending to be bound, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the Parties as follows.

1.  This Stipulation becomes effective upon the date that it is approved by the Court (the "Stipulation Date").

2.  Upon the Stipulation Date, the deadline for Robert Golish to respond to the Adversary Proceeding shall be March 25, 2011.

3.  Upon the Stipulation Date, the initial status conference in the Adversary Proceeding shall be April 21, 2011, at 3:30 p.m. EST, before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, Wilmington, DE 19801, 5th Floor, Courtroom #5.

4.  The Parties acknowledge that each and every covenant, warranty, release and agreement contained herein shall inure to the benefit of, and be binding upon, the agents, subsidiaries, employees, officers, directors, assigns, heirs, and successors in interest of the Parties, including, but not limited to, subsequent transferees or appointed representatives of the estates.

5.  This Stipulation is the entire agreement between the Parties with respect of the subject matter hereof. This Stipulation supersedes any and all agreements, whether written or

oral, that may have previously existed between the Parties with respect to the matters set forth herein. No statements, promises, or representations have been made by any Party to any other, or relied upon, and no consideration has been offered, promised, expected or held out other than as may be expressly provided herein.

6. Any ambiguities are not to be construed against either Party solely due to the identity of the drafter.

7. This Stipulation shall not be modified, altered or amended without the proper written consent of all Parties hereto.

8. Each person signing this Stipulation represents and warrants that she/he has been duly authorized and has the requisite authority to execute and deliver this Stipulation on behalf of such Party and to bind her/his respective Party to the terms and conditions of the Stipulation.

9. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

10. This Stipulation may be executed in counterparts by counsel, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same Stipulation. Delivery of an executed counterpart of a signature page of this Stipulation by telecopy or electronic mail in PDF shall be as effective as delivery of a manually executed copy of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

131350.01600/21980403v.3

AGREED TO IN SUBSTANCE AND FORM THIS 10TH DAY OF MARCH, 2011:

| | |
|---|---|
| **CORBIN, FITZGERALD & ATHEY LLP** | **BLANK ROME LLP** |
| By: /s/ Joel M. Athey<br>   Joel M. Athey<br>   601 West Fifth Street, Suite 1150<br>   Los Angeles, CA 90071<br>   Telephone: (213) 612-0001<br>   Facsimile: (213) 612-0061<br><br>*Counsel to Robert Golish* | By: /s/ Alan M. Root<br>   Regina Stango Kelbon (DE Bar No. 5444)<br>   Alan M. Root (DE Bar No. 5427)<br>   1201 Market Street<br>   Wilmington, DE 19801<br>   Telephone: (302) 425-6400<br>   Facsimile: (302) 425-6464<br><br>   -and-<br><br>   Jeremy A. Rist<br>   Josef W. Mintz<br>   One Logan Square<br>   130 North 18th Street<br>   Philadelphia, PA 19103-6998<br>   Telephone: (215) 569-5500<br>   Facsimile: (215) 832-5555<br><br>*Counsel to The Official Committee of Unsecured Creditors of PFF Bancorp, Inc., et al.* |

*[Signature Page to Stipulation]*