## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 Cases |
| PFF BANCORP, INC., et al.,[1] | Case No. 08-13127 (KJC) |
| Debtors. | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP INC., et al. | |
| Plaintiff, | |
| v. | Adversary Proceeding No.10-55610 |
| ROBERT L. GOLISH | **Objection Deadline:** May 27, 2011 at 4:00 p.m.<br>**Hearing Date:** June 8, 2011 at 2:30 p.m. |
| Defendant. | |

### NOTICE OF MOTION PURSUANT TO 11 U.S.C. §105(a) AND BANKRUPTCY RULE 9019(a) FOR APPROVAL OF STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *et al.* AND ROBERT L. GOLISH

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors of PFF Bancorp, Inc., *et al.* (the "Committee") filed the **Motion Pursuant to 11 U.S.C. §105(a) and Bankruptcy Rule 9019(a) for Approval of Stipulation Between The Committee and Robert L. Golish** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached hereto.

---

[1] The Debtors are the following 5 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PFF Bancorp, Inc. a Delaware corporation (1623), Glencrest Investment Advisors, Inc., a Delaware corporation (1405), Diversified Builder Services, Inc., a California corporation (4416), PFF Real Estate Services, Inc., a California corporation (0728) and Glencrest Insurance Services, Inc., a California corporation (3118). The address of each of the Debtors is 9377 Milliken Avenue, Rancho Cucamonga, California 91730.

131350.01600/22014122v.1

Objections and other responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on May 27, 2011.

Any objections or other responses to the Motion, if any, must also be served so that they are received not later than at 4:00 p.m. Eastern Time, by the undersigned counsel.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE BANKRUPTCY COURT ON June 8, 2011 AT 2:30 P.M. EASTERN TIME.

Dated:  May 5, 2011

**BLANK ROME LLP**

*/s/ Jane Bee*
Regina Stango Kelbon (DE Bar No. 5444)
Jane A. Bee (DE Bar No. 5457)
1201 Market Street
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

Jeremy A. Rist
Josef W. Mintz
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5762
Facsimile: (215) 832-5762

*Counsel to The Official Committee of Unsecured Creditors of PFF Bancorp, Inc., et al.*