# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PFF BANCORP, INC., et al.,[4]<br><br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-13127 (KJC)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP INC., et al.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. GOLISH<br><br>Defendant. | <br><br><br><br><br>Adversary Proceeding No.10-55610<br><br>Re: Docket No: _____ |

**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §105(a) AND BANKRUPTCY RULE 9019(a) FOR APPROVAL OF STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *et al.* AND ROBERT L. GOLISH**

Upon consideration of the motion (the "Motion")[5] of the Official Committee of Unsecured Creditors of PFF Bancorp, Inc., et al., (the "Committee") Pursuant to 11 U.S.C. §105(a) and Bankruptcy Rule 9019(a) for Approval of Stipulation Between The Committee and Robert L. Golish; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the

---

[4] The Debtors are the following 5 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PFF Bancorp, Inc. a Delaware corporation (1623), Glencrest Investment Advisors, Inc., a Delaware corporation (1405), Diversified Builder Services, Inc., a California corporation (4416), PFF Real Estate Services, Inc., a California corporation (0728) and Glencrest Insurance Services, Inc., a California corporation (3118). The address of each of the Debtors is 9377 Milliken Avenue, Rancho Cucamonga, California 91730.

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Debtor's estate and its creditors; and it appearing that due notice of the Motion has been given to the United States Trustee, counsel for Golish, and all parties that have requested such notice pursuant to Bankruptcy Rule 2002, and that no further notice need be given; and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

    1.  The Motion is GRANTED.

    2.  The Committee is hereby authorized to enter into the Stipulation, a copy of which is attached hereto as <u>Exhibit A</u> and incorporated herein. The Stipulation and all of its terms are hereby approved.

    4.  This Court shall retain jurisdiction to implement, interpret and enforce the terms of the Stipulation and this Order.

Dated: _____, 2011

                _____
                The Honorable Kevin J. Carey
                Chief United States Bankruptcy Judge

# Exhibit A

# The Stipulation

**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PFF BANCORP, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 08-13127 (KJC)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC., *et al*.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. GOLISH,<br><br>Defendant. | Adversary Case No. 10-55610 |

**STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC.,** *et al.* **AND ROBERT L. GOLISH**

The Official Committee of Unsecured Creditors of PFF Bancorp, Inc., *et al.* (the "Committee") and Robert L. Golish ("Golish" and, together, the "Parties"), both by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on December 5, 2008, the above-captioned debtors and debtors-in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code;

---

[1] The Debtors are the following 5 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PFF Bancorp, Inc. a Delaware corporation (1623), Glencrest Investment Advisors, Inc., a Delaware corporation (1405), Diversified Builder Services, Inc., a California corporation (4416), PFF Real Estate Services, Inc., a California corporation (0728) and Glencrest Insurance Services, Inc., a California corporation (3118). The address of each of the Debtors is 9377 Milliken Avenue, Rancho Cucamonga, California 91730.

131350.01600/22011268v.1

WHEREAS, on or about July 7, 2009, Golish filed a proof of claim ("Claim 33") against PFF Bancorp ("Bancorp") in the amount of $878,841.00, seeking damages under an employment contract;

WHEREAS, on November 24, 2010, the Court entered its *Order Approving Stipulation for Committee Standing to Bring Certain Claims on Behalf of the Debtors' Estates* which conferred standing on the Committee to pursue certain claims that the Debtors may have against the recipients of certain transfers that are potentially avoidable under chapter 5 of the Bankruptcy Code [Case No. 08-13127, Docket No. 721] (the "Standing Order");

WHEREAS, on December 4, 2010, the Committee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Objection by the Official Committee of Unsecured Creditors to the Claim of Robert L. Golish [Claim No. 33] and Counterclaim to Avoid Fraudulent Transfer* [Adv. Case No. 1] (the "Complaint");

WHEREAS, the Complaint objects to Claim 33 and seeks to avoid certain fraudulent transfer(s);

WHEREAS, the Parties have engaged in negotiations to resolve the Adversary Proceeding and to reduce the amount sought under Claim 33;

WHEREAS, pursuant to the Standing Order, the Committee has the right and authority to negotiate and enter into a settlement on behalf of the Debtors' estates with respect to the Adversary Proceeding, subject to approval by the Court; and

WHEREAS, in settlement of the Adversary Proceeding, the Parties now wish to reduce and allow Claim 33 as a non-priority, unsecured claim in the amount set forth in Paragraph 3 below, and to dismiss the Adversary Proceeding on the terms and conditions set forth herein;

**AGREEMENT**

NOW THEREFORE, with the foregoing background incorporated by reference, the Parties intending to be bound, in consideration of the mutual promises contained herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the Parties as follows.

1. The foregoing Recitals are true and correct, and are incorporated herein by reference and are made a part of this Stipulation.

2. This Stipulation becomes effective upon the date that it is approved by the Court (the "Stipulation Date").

3. Upon the Stipulation Date, Claim 33 shall be deemed modified and amended as an allowed, non-priority, unsecured claim in the reduced amount of $400,000, and the Adversary Proceeding shall be dismissed with prejudice.

4. The allowance of Claim 33 as modified hereby and the dismissal of the Adversary Proceeding shall be in full and final satisfaction, settlement and release of Claim 33. Furthermore, except for Claim 33, as modified hereby, Golish releases the Debtors, the Committee, and the representatives of each of the Debtors and the Committee (collectively, the "Released Parties") of any and all other claims, liabilities, charges, interests, fees, expenses, encumbrances, known or unknown, contingent or liquidated, fixed or unfixed, that Golish has or may have against the Released Parties from the beginning of the world to the Stipulation Date.

5. The Released Parties hereby release Golish of any and all other claims, liabilities, charges, interests, fees, expenses, encumbrances, known or unknown, contingent or liquidated, fixed or unfixed, that the Committee may have against Golish from the beginning of the world to the Stipulation Date.

6. Golish represents that he has not filed or asserted any other formal or informal claim, right to payment, request or proof of claim in the Debtors' chapter 11 cases.

7. On the Stipulation Date, the Debtors' claims agent shall be directed to amend the claims register to reflect Claim 33 as amended and modified hereunder and, upon the ultimate payment, if any, of Claim 33 as modified hereby, the Debtors' claims agent shall mark Claim 33 as fully paid, satisfied and released.

8. The Parties acknowledge that each and every covenant, warranty, release and agreement contained herein shall inure to the benefit of, and be binding upon, the agents, subsidiaries, employees, officers, directors, assigns, heirs, and successors in interest of the Parties, including, but not limited to, subsequent transferees or appointed representatives of the estates.

9. This Stipulation is the entire agreement between the Parties with respect of the subject matter hereof.  This Stipulation supersedes any and all agreements, whether written or oral, that may have previously existed between the Parties with respect to the matters set forth herein.  No statements, promises, or representations have been made by any Party to any other, or relied upon, and no consideration has been offered, promised, expected or held out other than as may be expressly provided herein.

10. Any ambiguities are not to be construed against either Party solely due to the identity of the drafter.

11. This Stipulation shall not be modified, altered or amended without the proper written consent of all Parties hereto.

12. Each person signing this Stipulation represents and warrants that she/he has been duly authorized and has the requisite authority to execute and deliver this Stipulation on behalf of such Party and to bind her/his respective Party to the terms and conditions of the Stipulation.

13. The Court shall retain jurisdiction to enforce the terms and conditions of this Stipulation to the full extent allowed under law.

14. This Stipulation may be executed in counterparts by counsel, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same Stipulation. Delivery of an executed counterpart of a signature page of this Stipulation by telecopy or electronic mail in PDF shall be as effective as delivery of a manually executed copy of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

AGREED TO IN SUBSTANCE AND FORM THIS 5th DAY OF MAY, 2011:

**ROBERT L. GOLISH**  **BLANK ROME LLP**

By: _/s/ Joel M. Athey_  By: _/s/ Jane Bee_
Joel M. Athey  Regina Stango Kelbon (DE No. 5444)
601 West Fifth Street, Suite 1150  Jane A. Bee (DE No. 5457)
Los Angeles, CA  90071  1201 Market Street
Telephone:  (213) 612-0001  Wilmington, DE 19801
Facsimile:  (213) 612-0061  Telephone: (302) 425-6400
  Facsimile: (302) 425-6464

_Counsel to Robert L. Golish_

  -and-

  Jeremy A. Rist
  Josef W. Mintz
  One Logan Square
  130 North 18th Street
  Philadelphia, PA 19103-6998
  Telephone: (215) 569-5762
  Facsimile: (215) 832-5762

  _Counsel to The Official Committee of Unsecured Creditors of PFF Bancorp, Inc., et al._

_[Signature Page to Stipulation]_