## CERTIFICATE OF SERVICE

I, Jane Ann Bee, hereby certify that on May 5, 2011, I caused a copy of the following

document to be served on the parties listed on the attached service list in the manner indicated:

**MOTION PURSUANT TO 11 U.S.C. §105(a) AND BANKRUPTCY RULE 9019(a) FOR APPROVAL OF STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PFF BANCORP, INC.,** *et al.* **AND ROBERT L. GOLISH**

Dated:  May 5, 2011                                    */s/ Jane Ann Bee*_____
                                                                        Jane Ann Bee

131350.01600/22019376v.1

**2002 Service List**
**PFF Bancorp, Inc.,** *et al.*

**(Via First Class Mail)**

Stephen J. Turanchik, Esquire
Paul Hastings Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL  60606
*Counsel for the Debtors*
Email:  richardchesley@paulhastings.com
Email:  kimberlynewmarch@paulhastings.com
Email:  hillajimenez@paulhastings.com

Paul N. Heath, Esquire
Chan I. Jang, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for the Debtors*
Email:  heath@rlf.com
Email:  jang@rlf.com

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035
Email:  Mark.Kenney@usdoj.gov

FBOP Corporation
Attn:  Edward C. Kitzpatrick
Attn: Michael Dunning
11 West Madison Street
Oak Point, IL  60302
*Member, Official Committee of Unsecured*
*Creditors of PFF Bancorp., Inc., et al.*
Fax:  708-445-3284

Developers Surety & Indemnity
Attn:  Daniel J. Berge
17780 Fitch
Irvine, CA  92614
*Member, Official Committee of Unsecured*
*Creditors of PFF Bancorp., Inc., et al.*
Fax:  949-553-8143

Wilmington Trust Company
Attn:  Suzanne J. MacDonald
Rodney Square North
1100 North Market Street
Wilmington, DE  19801
*Member, Official Committee of Unsecured*
*Creditors of PFF Bancorp., Inc., et al.*
Fax:  302-651-4149

Wilmington Trust
Attn:  Geoffrey J. Lewis CCTS
Senior Financial Services Officer
Rodney Square North
11 N. Market Street
Wilmington, DE 19890-1615

Delaware Dept. of Justice
Attn:  Bankruptcy Dept.
Division of Securities
820 N. French Street, 5th Floor
Wilmington, DE   19801
Email:  Attorney.General@State.DE.US

Delaware Secretary of State
Division of Corporations Franchise Tax
P.O. Box 898
Dover, DE  19903
Email:  corp@delaware.gov

Secretary of State - Delaware
Division of Corporations/Franchise Tax
P.O. Box 7040
Dover, DE  19903
Email:  DOSDOC_Ftax@state.de.us

Secretary of the Treasury
State of Delaware
P.O. Box 7040
Dover, DE  19903
Email:  james.stewart@state.de.us

United States Department of Justice
Attn: Ellen Slights, Esquire
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
Fax: 302-573-6431

United States Attorney
United States Department of Justice
Attn: Michael Mukasey
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Fax: 202-307-6777

Federal Deposit Insurance Company
Attn: Donald McKinley
Attn: Stephen J. Pruss
1601 Bryan Street, PAC 04024
Dallas, TX 75201

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Joseph R. Biden, III
Office of the US Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Securities & Exchange Commission
15th & Pennsylvania Avenue NW
Washington, DC 20020

Securities & Exchange Commission Regional
Attn: Daniel M. Hawke, Regional Director
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

Developers Surety & Indemnity Co.
c/o Law Offices of Charles Phillips
Attn: Charles Phillips
P.O. Box 7047
Corte Madera, CA 94976

Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601
Email: Romero@mromerolawfirm.com
*Counsel for County of San Bernardino, CA*
*(California Taxing Authorities)*

Joseph H. Anderson, Esquire
U.S. Bank National Association
U.S. Bancorp. Center
BC-MN-H21R
800 Nicollet Mall
Minneapolis, MN 55402
Email: Joseph.anderson@usbank.com

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801-1671
Email: Schnabel.eric@dorsey.com
Email: mallard.robert@dorsey.com

Andrew I. Silfen, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019
Email: silfen.andrew@arentfox.com
*Counsel to Wilmington Trust Company*

Jeffrey N. Rothleder, Esquire
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Email: rothleder.jeffrey@arentfox.com
*Counsel to Wilmington Trust Company*

Ernie Zachary Park, Esquire
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
Email: ernie.park@bewleylaw.com
*Counsel for Vestar-Chino A. LLC*

John J. Clarke, Jr., Esquire
Thomas R. Califano, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY  10020
*Counsel for Federal Deposit Insurance
Corporation, as Receiver
for PFF Bank & Trust*

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
Email:  metkin@lowenstein.com
Email:  ilevee@lowenstein.com
*Counsel for Lead Plaintiffs and
the Putative Class*

Susan G. Taylor, Esquire
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Email:  susant@rgrdlaw.com
*Counsel for Lead Plaintiffs and
the Putative Class*

Christopher P. Simon, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
PO Box 1380
Wilmington, DE  19899-1380
Email:  csimon@crosslaw.com
*Co-Counsel for Lead Plaintiffs and
the Putative Class*

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
*Counsel for Wilmington Trust Company*

**Joel M. Athey**
**601 West Fifth Street, Suite 1150**
**Los Angeles, CA 90071**
***(Counsel for Defendant)***

131350.01600/21934239v.1